NANCY E HAMMOND, REGISTER OF DEEDS
RECORDED Bk 19158 Pg 82
Instr # 2022049331
11/22/2022 02:39:37 PM
Pages 2      YORK CO

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

Loan No: 4200079                     Space above for Recorder's use


16413594

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL HOME LOAN MORTGAGE CORPORATION**, whose address is **8250 JONES BRANCH DR, MCLEAN, VA 22102**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**, whose address is **888 SEVENTH AVENUE 10TH FLOOR, NEW YORK, NY 10019**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **8/19/2013**
Original Loan Amount: **$166,750.00**
Executed by (Borrower(s)): **ALAN NICHOLS**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS, INC., ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Mortgage Book/Liber/Volume **16685**, Page **252**
Document/Instrument No: **2013043795** in the Recording District of **York, ME**, Recorded on **8/30/2013**.

Property more commonly described as: **100 MILTON AVE, SANFORD, MAINE 04073**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **NOV 0 9 2022**

**FEDERAL HOME LOAN MORTGAGE CORPORATION, BY NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT**

By: **KAYLA STANTON**
Title: **SUPERVISOR**

Witness Name: Cynthia M. Floyd

4200079 Freddie Mac NPL 2021-1 16413594

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of         **SOUTH CAROLINA**
County of      **GREENVILLE**

On **NOV 0 9 2022**, before me, **Jennifer Korn** a Notary Public, personally appeared **KAYLA STANTON, SUPERVISOR** of/for **NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT FOR FEDERAL HOME LOAN MORTGAGE CORPORATION**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **SOUTH CAROLINA** that the foregoing paragraph is true and correct. I further certify KAYLA STANTON, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): **Jennifer Korn**
My commission expires: _____

[Notary Seal: JENNIFER KORN, MY COMMISSION EXPIRES 06/13/2029, NOTARY PUBLIC, SOUTH CAROLINA]

4200079 Freddie Mac NPL 2021-1 16413594